UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STARDOCK SYSTEMS, INC.,      CLOSED

    Plaintiff,

v.      Civil Action No. 05CV70646

TGT SOFT CORPORATION,      Hon. Gerald E. Rosen

    Defendant.
_____/



### ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the above-captioned matter be dismissed without prejudice.

Dated: AUG 2 6 2005

Honorable Gerald E. Rosen

FILED
AUG 26 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN